IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff | ) | 3:25-CV-00353-RAL |
| | ) | |
| vs. | ) | RICHARD A. LANZILLO |
| | ) | Chief United States Magistrate Judge |
| LEONARD ODDO, WARDEN, | ) | |
| MOSHANNON VALLEY | ) | ORDER ON PENDING MOTIONS |
| PROCESSING CENTER, ET AL., | ) | |
| | ) | IN RE: ECF NO. 16 |
| Defendants | ) | |
| | ) | |

Upon consideration of Petitioner's Motion to Expedite Consideration and for Status Conference (ECF No. 16), and the Court having reviewed the record in this matter, including the Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response (ECF No. 12), and Petitioner's Reply (ECF No. 14), and the Court finding that:

1. This action was brought under Chapter 153 of Title 28, United States Code, and is therefore subject to the mandatory expedition requirement of 28 U.S.C. § 1657(a);

2. The Petition has been fully briefed since February 2, 2026, and no further submissions are required;

3. Petitioner has been in continuous ICE custody since May 6, 2024, and has been detained for over thirteen months since his removal order became final on

January 20, 2025—more than double the six-month presumptively reasonable period established in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001);

4. Petitioner holds a final grant of deferral of removal under the Convention Against Torture, which bars his removal to Mexico;

5. Two countries have affirmatively declined to accept Petitioner, and two others have not responded to removal requests for nearly one year; and

6. Expedited consideration is warranted in the interests of justice;

IT IS HEREBY ORDERED that Petitioner's Motion to Expedite Consideration and for Status Conference is GRANTED.

IT IS FURTHER ORDERED that a telephonic status conference in this matter is scheduled for THURSDAY, MARCH 26, 2026, at 2:00 PM, before Chief United States Magistrate Judge Richard A. Lanzillo.  Instructions for accessing the Court's telephonic conferencing system will be separately posted to docket for further reference.

IT IS FURTHER ORDERED that the parties shall be prepared to address at the status conference: (1) whether any additional submissions are required; (2) a proposed schedule for decision on the Petition; and (3) any other matters the Court deems appropriate.

ORDERED and DATED this 25th day of March, 2026.

RICHARD A. LANZILLO
CHIEF UNITED STATES
MAGISTRATE JUDGE

2